UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**David LLAMAS-Gonzales** )<br>)<br>)<br>Defendant )<br>) | Magistrate Docket No. 08 MJ 0745<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 7, 2008** within the Southern District of California, defendant, **David LLAMAS-Gonzales** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10**th Day OF **March 2008**

Louisa Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
David LLAMAS-Gonzales

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 6, 2008 at approximately 11:30 p.m. while on patrol in the area of the 600 block of Oxford Street in Chula Vista, California, Officer Tugashov (#881) noticed two Hispanic male adults standing in a dark area behind the Wal-Mart store located at 1150 Broadway Avenue. This particular area is known for high narcotics activity. Officer Tugashov made contact with both subjects and identified himself as a Police Officer with the Chula Vista Police Department. One of the subjects identified himself as David LLAMAS. Officer Tugashov conducted a field interview and records checks on both subjects. Through record checks it was revealed that LLAMAS was a previously deported alien. It was also revealed that LLAMAS was under investigation by the United States Border Patrol. CVPD officers contacted Senior Patrol Agent Bernardino Soto regarding their encounter with LLAMAS. Agent Soto asked them to hold the subject for an immigration evaluation.

On March 7, 2008, at approximately 12:20 a.m., Agent Soto arrived at the location were LLAMAS was being detained. Agent Soto approached LLAMAS and identified himself as United States Border Patrol Agent by presenting his bureau issued badge and credentials. Agent Soto questioned LLAMAS as to his identity and his immigration status. LLAMAS admitted that he is in fact David LLAMAS-Gonzales. Agent Soto asked LLAMAS about his citizenship. LLAMAS stated that he was born in Mexico. Agent Soto questioned LLAMAS if he had any immigration documents that would allow him to remain in the United States legally. LLAMAS stated that he did not.

At approximately 12:30 a.m., on March 7, 2008, LLAMAS was arrested and transported to the Chula Vista Border Patrol Station. At the station, LLAMAS's photograph and fingerprints were enrolled into the Border Patrol's processing systems, which confirmed his immigration status and criminal history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 19, 2007 through the Port of Entry at San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on March 8, 2008 at 10:00 am.

James E. Bailey
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 7, 2008 in violation of Title 8, United States Code, Section 1326.

3/8/08 - 12:57 pm
Date/Time

Leo S. Papas
United States Magistrate Judge