UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID LLAMAS-GONZALES, ) <br> ) <br>      Defendant. ) <br> _____) | Case No. 08mj0745 <br><br> CERTIFICATE OF SERVICE |

     Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

     United States Attorney's Office
     880 Front Street
     San Diego, CA  92101


Dated:  March 12, 2008　　　　　　　　　　　　 /s/ Erick L. Guzman
　　　　　　　　　　　　　　　　　　　　　　　　ERICK L. GUZMAN
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　　　E-mail: erick_guzman@fd.org