UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID LLAMAS-GONZALES

        Defendant.

CASE NO. 08CR1048-H

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) of: 8 USC 1325 - ILLEGAL ENTRY (MISDEMEANOR); 8 USC 1325 - ILLEGAL ENTRY (FELONY)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 13, 2008

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____